Slip Op. 09-82

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                             :

NMB SINGAPORE LTD., et al.,     :

                               :

       Plaintiffs,            :

                               :    Before:         WALLACH, Judge

       v.                     :    Consol. Court No.:   06-00182

                               :

UNITED STATES,              :

                               :

       Defendant,         :

                               :

       and                  :

                               :

THE TIMKEN COMPANY,      :

                               :

       Defendant-Intervenor.   :
_____:

## ORDER AND JUDGMENT

       Upon consideration of the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), filed pursuant to this court's Order, dated April 20, 2009, remanding-in-part this case to Commerce for further proceedings consistent with the opinion of the Court of Appeals for the Federal Circuit ("CAFC") in <u>NMB Singapore Ltd. v. United States</u>, 557 F.3d 1316 (Fed. Cir. 2009), and the corresponding mandate issued on April 13, 2009; Plaintiffs having notified the court via letter that they do not intend to file any comments with respect to the Remand Results, the court having reviewed the Remand Results and all pleadings and papers on file herein, and good cause appearing therefor, it is hereby

       ORDERED ADJUDGED AND DECREED that the Remand Results are consistent with the opinion and corresponding mandate issued by the CAFC; and it is further

       ORDERED that the Remand Results are AFFIRMED.

                                 _/s/ Evan J. Wallach_____
                                 Evan J. Wallach, Judge

Dated: August 10, 2009
       New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court


Date: _____        By: _____
                                                              Deputy Clerk